Case No. 23-1029

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BARRY GORDON CROFT, JR.

    Defendant - Appellant

 

Upon consideration of the motion for leave to file an oversized brief, the motion is hereby **GRANTED**. The principal brief is not to exceed 16,250 words.

|  |  |
|---|---|
| Issued: July 20, 2023 | **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**<br>Deborah S. Hunt, Clerk |