Case No. 23-1014/23-1029

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ADAM DEAN FOX [23-1014]
BARRY GORDON CROFT, JR. [23-1029]

    Defendant - Appellant

BEFORE: LARSEN, READLER and DAVIS, Circuit Judges

  Upon consideration of the appellee's motion to supplement the certified record, it is

**ORDERED** that the motion is hereby **GRANTED**.

                              **ENTERED BY ORDER OF THE COURT**
                              Kelly L. Stephens, Clerk

Issued: June 27, 2024