RECEIVED
FEB 18 2025
KELLY L. STEPHENS, Clerk

Dear Judges Larsen, Readler, and Davis,                          2/1/25

My name is Barry Croft Jr, and you are currently reviewing my appeal (case #23-1029). I am writing you because the DOJ's censorship of my mail, through the BOP, is so extreme that I am unable to obtain documents. It took me nearly 14 months to get a "Complaint of Judicial Misconduct or Disability" form. Having finally gotten it, I filed a complaint against Judge Jonker (#06-24-90125). I have also sought forms to file a Michigan Bar Association complaint against US Attorney Andrew Birge and AUSA Nils Kessler. In pre-trial filings, the government's attorneys knowingly and willingly were dishonest, in an effort to disown one of the FBI's agents (paid confidential human source) Stephen Robeson. Paid instigator/CHS Robeson was called a "double agent" in an obvious lie, in the government's pre-trial filing. Department of Justice prosecutors are given an awesome power in administrating justice. If you are not capable of honesty at the pre-trial phase in filing court documents, you would be likely to continue dishonesty throughout trial, and the appeal process! Honesty is essential to justice. On 11/19/24, Tess Elizabeth Nichols filed a judicial misconduct complaint against Judge Jonker as well. In her complaint, she included a copy of an article by "The Intercept" entitled: "The FBI's Double Agent The Informant at the Heart of the Gretchen Whitmer Kidnapping Plot Was a Liability. So Federal Agents Shut Him Up." by Trevor Aaronson and Eric L. VanDussen published on 3/6/24. This is important because the article was written as a result of the authors "exclusively obtained a five-hour recording of the FBI's interrogation of Stephen Robeson". Aside from Agent Impola being recorded saying "Don't let the facts get in the way of a good story", the article would go on to point out "Their coercion of Robeson undermines the Justice Department's claim, in court records, that Robeson was a double agent". My judicial misconduct complaint points out that Judge Jonker shutdown my attorney's direct examination of Agent Impola as "outside the scope", on an objection by AUSA Nils Kessler. How could Judge Jonker know to keep such damning evidence to the government's case, off the record? It's as if the US Attorneys and Judge Jonker had previously spoke, and with precision excluded exculpatory evidence from the record. And as Ms. Nichols points out, Judge Jonker has a seal on the discovery to this day, from getting public attention! The US Attorneys granted "OIA" to CHS Robeson to "transport explosive materials" according to a DOJ document used to secure leniency in CHS Robeson's "Felon in Possession"

CASE, HOW WAS THAT EXCLUDED FROM OUR DISCOVERY? I GOT ALMOST 20 YEARS FOR A "CONSPIRACY" FBI RECORDING DEVICES CAPTURED ME SAYING I WAS UNAWARE OF, AND FIREWORKS ARE PYROTECHNICS WHICH EXCLUDE THEM FROM BEING "DESTRUCTIVE DEVICES". PLEASE REVIEW MY INTERROGATION VIDEO, THE DOJ KNOWS BY THE FACTUAL EVIDENCE I WAS TELLING THE TRUTH! ALL I'M ASKING FOR IS JUSTICE.

SINCERELY AND RESPECTFULLY,

Barry Croft Jr.

2/1/25

NOTE: I APOLOGIZE IF I'VE MISSPELLED ANY OF THE JUDGES NAMES.

XC: JUDGE LARSEN C/O CLERK OF THE COURT
    JUDGE READLER C/O CLERK OF THE COURT
    JUDGE DAVIS C/O CLERK OF THE COURT
    ATTORNEY TIM SWEENEY
    CHRISTINA URSO DESIGNATED P.O.A
    ROSEMARIE McGUIRE

Name: BARRY CROFT
Reg No: 11796-509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

RECEIVED DENVER CO 802
10 FEB 2025 PM 3 L

FEB 18 2025
KELLY L. STEPHENS, Clerk

LEGAL MAIL

CLERK OF COURT
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH ST.
CINCINNATTI, OH 45202-3988