# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 12, 2026

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Jan 14, 2026
KELLY L. STEPHENS, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Barry Gordon Croft, Jr.
v. United States
No. 25-5249
(Your No. 23-1029)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk